# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDMOND D. SPENCER

NO.  2020 KW 0214

**APR 2 8 2020**

---

In Re:    Edmond D. Spencer, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 96-
          CR1-064076

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND CHUTZ, JJ.**

    **WRIT DENIED.**  This application appears to be a motion to
recuse filed in this court in the first instance.  Because there
is no indication that relator filed the motion to recuse in the
district court before the ruling at issue was rendered and
before seeking relief from this court, this writ presents
nothing for this court to review.

              **VGW**
              **JMG**
              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT